IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

 vs.

KEVIN I. STARKS,
              8:03CR543
    Defendant,

 and

STRATEGIC REMODEL,

    Garnishee.

**ORDER TO RELEASE GARNISHMENT**

This matter is before this Court on Plaintiff's Motion to Release Garnishment (Filing #67) and request for an Order releasing the garnishment against garnishee Strategic Remodel, Attn: Andrew Tanges, located at 8918 W 21st Street N, Wichita, KS 67205.

IT IS HEREBY ORDERED that the garnishment against Strategic Remodel is hereby released.

DATED this 22nd day of August, 2022.

BY THE COURT:

MICHAEL D. NELSON
United States Magistrate Judge